**No. 10-9194. Durwanda Elizabeth Morgan Heinrich, Petitioner v. United States.**

564 U.S. 1040, 131 S. Ct. 3060, 180 L. Ed. 2d 891, 2011 U.S. LEXIS 4981.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 798.